IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA　*

v.　*　Case No. JKB-17-0589

JUAN CARLOS SANDOVAL-RODRIGUEZ*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS SEARCH EVIDENCE

Now comes the Defendant, Juan Carlos Sandoval-Rodriguez, by his attorneys, Law Offices of Gerald C. Ruter, P.C. and Law Offices of Michael Wiseman and pursuant to F.R.Cr.P. 12, he respectively moves this Honorable Court to suppress all evidence obtained directly and/or indirectly as a result of the warrantless seizure of **telephonic communications over telephones used by Juan Carlos Sandoval-Rodriguez located at the Howard County Detention Center** and in support of his Motion says as follows:

1. Mr. Sandoval-Rodriguez is charged with five others with conspiracy to participate in a racketeering enterprise, in violation of 18 U.S.C 1962(d); conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. 1959(a)(5); and murder in aid of racketeering, in violation of 18 U.S.C. 1959(a)(1).

2. On or about July 28 and 29, 2017, Anne Arundel County Detention Center telephones intercepted and recorded what the

government alleges to be conversations wherein Juan Carlos Sandoval-Rodriguez is a participant.

3.   The interceptions were not consensual.

4.   The interceptions were made absent reasonably articulable suspicion or probable cause to believe criminal activity was afoot.

5.   Mr. Sandoval-Rodriguez had a reasonable expectation of privacy protected by the Fourth Amendment in his telephonic conversations.

**WHEREFORE,** it is prayed this Honorable Court suppress any evidence seized directly or indirectly from the interception and recording of these telephonic conversations as being in violation of the Fourth Amendment to the United States Constitution and 18 U.S.C. 2511.

Respectfully Submitted,

_/s/ Gerald C. Ruter_
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
Ruterlaw@verizon.net

_____
Law Offices of Michael Wiseman
Michael Wiseman
1221 Locust Street
Philadelphia, Pennsylvania 19107
(215) 450-0903
Wiseman_law@comcast.net

**GROUNDS AND AUTHORITIES:**

Illinois v. Gates, 462 U.S. 213 (1983)

Massachusetts v. Upton 466 U.S. 727 (1984)

United States v. Hurwitz, 459 F.3d 463 (4th Cir.2006)

United States v. Grossman, 400 F.3d 212 (4th Cir.2005)

United States v. Leon, 468 U.S. 897 (1984)

Fourth Amendment, United States Constitution

18 U.S.C. 2511

**Request for hearing**

A hearing is requested pursuant to Local Rule 105.6.

**Certificate of filing**

I HEREBY CERTIFY that a copy of this paper was sent electronically to all counsel of record on this 28th day of February, 2019.

_____
Gerald C. Ruter

3