IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

v.  *   Case No. JKB-17-0589

JUAN CARLOS SANDOVAL-RODRIGUEZ*

* * * * * * * * * * * * *

## MOTION TO SUPPRESS SEARCH EVIDENCE

Now comes the Defendant, Juan Carlos Sandoval-Rodriguez, by his attorneys, Law Offices of Gerald C. Ruter, P.C. and Law Offices of Michael Wiseman and pursuant to F.R.Cr.P. 12, he respectively moves this Honorable Court to suppress all evidence obtained directly and/or indirectly as a result of the **interrogation** of Mr. **Sandoval-Rodriguez on May 26, 2016** and in support of his Motion says as follows:

1. Mr. Sandoval-Rodriguez is charged with five others with conspiracy to participate in a racketeering enterprise, in violation of 18 U.S.C 1962(d); conspiracy to commit murder in aid of racketeering, in violation of 18 U.S.C. 1959(a)(5); and murder in aid of racketeering, in violation of 18 U.S.C. 1959(a)(1).

2. Discovery indicates that Mr. Sandoval-Rodruguez was interrogated while incarcerated at Cheltenham Youth Facility by law enforcement officers **May 26, 2016**. It is believed and

therefore averred the government will attempt to introduce this statement as evidence in this case.

3. Such statement was made by Mr. Sandoval-Rodriguez in violation of his privilege against compelled or coerced self-incrimination and his right to counsel as guaranteed by the Fifth and Sixth amendments to the United States Constitution.

4. Such statement was taken from Mr. Sandoval-Rodriguez by law enforcement authorities without the benefit of mandatory procedural safeguards in violation of his constitutional rights.

5. Such statement was obtained in violation of Mr. Sandoval-Rodriguez's Miranda rights.

6. Such statement was not voluntarily made.

7. Mr. Sandoval-Rodriguez is entitled to a hearing on the voluntariness of any such statements in accordance with 18 U.S.C. 3501.

**WHEREFORE**, it is prayed this Honorable Court suppress any statements, admissions and confessions made by the Defendant that the government may attempt to use at trial.

Respectfully Submitted,

/s/ Gerald C. Ruter
Law Offices of Gerald C. Ruter, P.C.
9411 Philadelphia Road, Suite O
Baltimore, Maryland 21237
(410) 238-8000
Ruterlaw@verizon.net

2

_____
Law Offices of Michael Wiseman
Michael Wiseman
1221 Locust Street
Philadelphia, Pennsylvania 19107
(215) 450-0903
Wiseman_law@comcast.net

**GROUNDS AND AUTHORITY:**

Dickerson v. United States, 530 U.S. 428 (2000)

United States v. Cooper, 800 F.2d 412 (4th Cir. 1986)

Edwards v. Arizona, 451 U.S. 477 (1981)

Miranda v. Arizona, 384 U.S. 436 (1966)

United States v. Inman, 352 F.2d 954 (4th Cir. 1965)

18 U.S.C. 3501

**Certificate of filing**

I HEREBY CERTIFY that a copy of this paper was sent electronically to all counsel of record on this 28th day of February, 2019.

_____
Gerald C. Ruter

3