

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*

*Zachary B. Stendig*  *Suite 400*  DIRECT: 410-209-4893
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Zachary.Stendig@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-0717

May 30, 2021

Honorable James K. Bredar
Chief United States District Judge
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Joint Status Report in <u>United States v. Sandoval-Rodriguez</u>
             Crim. No. JKB-17-0589

Dear Judge Bredar:

    We write in response to the Court's paperless order of May 21, 2021. (ECF No. 395). The parties conferred on May 24, 2021 and the parties understand that the defendant's next trial in Case No. JKB-16-0259, is scheduled to begin on October 4, 2021. Accordingly, the parties believe that Mr. Sandoval-Rodriguez's sentencing in Case No. JKB-17-0589 should be scheduled for a date following the conclusion of his upcoming trial in Case No. JKB-16-0259.

    Thank you for your consideration of this matter.

                                  Respectfully submitted,

                                  Jonathan F. Lenzner
                                  Acting United States Attorney

                                  David L. Jaffe
                                  Chief, Organized Crime and Gang Section


By:        /s/
        Zachary Stendig
        Assistant United States Attorney


           /s/
        Matthew K. Hoff
        Samantha M. Loiero
        Trial Attorneys
        Organized Crime and Gang Section

/s/
Michael Wiseman
Gerald Ruter
Counsel for the Defendant

2